Amber M. Spataro (N.J. Bar No. 036892008)
Joshua B. Waxman (*pro hac vice motion to follow*)
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, NJ  07102
973.848.4700
ASpataro@littler.com
*Counsel for Ratner Companies, L.C. and Phil Horvath*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NICOLE OLSEN, COURTNEY HOLLAND, CYNTHIA COLE, JENNIFER CHANCEY, individually and for others similarly situated,** | * * * | |
| | * | Civil Action No.:  1:20-cv-03760-RBK-JS |
| Plaintiffs, | * | |
| v. | * | |
| **RATNER COMPANIES, L.C. d/b/a HAIR CUTTERY, BUBBLES THE COLOR SALON, SALON CIELO, CIBU, SALON PLAZA, PAUL MITCHELL THE SCHOOL, PHIL HORVATH, DENNIS RATNER, JOHN/JANE DOES 1-10, fictitious persons ABC CORP 1-10, fictitious entities** Defendant. | * * * * * | |
| * * * * * * * * * * * * * * |  | |

,

**SUGGESTION OF BANKRUPTCY AS TO RATNER COMPANIES, L.C.**

On April 23 2020, Ratner Companies, L.C. (a named Defendant herein), filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, Case Nos. 20-14583 and 20-14584-(TJC) (jointly administration requested under Case No. 20-14583).

Pursuant to Section 362 of the Bankruptcy Code (11 U.S.C. § 362), the filing of a petition operates as an automatic stay of: (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the Debtor that was or could have been commenced before the commencement of the case or to recover a claim against the Debtor that arose before the commencement of the case; (2) the enforcement, against the Debtor or against property of the estate, of a judgment obtained before the commencement of the case; (3) any act to obtain possession of property of the estate or property from the estate; (4) any act to create, perfect or enforce any lien against property of the estate; (5) any act to create, perfect, or enforce, against property of the Debtor, any lien to the extent that such lien secures a claim that arose before the commencement of the case; (6) any act to collect, assess, or recover a claim against the Debtor that arose before the commencement of the case; (7) the setoff of any debts owing to the Debtor that arose before the commencement of the case against any claim against the Debtor; and (8) any other act or conduct prohibited by 11 U.S.C. § 362.

Dated: April 29, 2020

/s/ *Amber M. Spataro*
Amber M. Spataro
Joshua B. Waxman (*pro hac vice motion to follow*)
**LITTLER MENDELSON, P.C.**
A Professional Corporation

*Counsel for* Ratner Companies, L.C. d/b/a Hair Cuttery, Bubbles the Color Salon, Salon Cielo, Cibu, Salon Plaza, Paul Mitchell the School, and Phil Horvath

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 29th day of April, 2020, a copy of the foregoing was electronically served on the parties listed below through the United States District Court Electronic Case Filing system.

MALAMUT & ASSOCIATES, LLC
Adam S. Malamut – 019101999
Keith J. Gentes - 036612009
Primitivo J. Cruz - 017652012
Mark R. Natale - 071292014
457 Haddonfield Road Suite 500
Cherry Hill, NJ 08002
856-424-1808
856-424-2032 (f)
Adam@MalamutLaw.com
Attorney for Plaintiff

/s/ *Amber M. Spataro*
Amber M. Spataro