NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| NICOLE OLSEN, *et al.*, | : | |
| Plaintiffs, | : | Civil No. 20-03760 (RBK/KMW) |
| v. | : | **ORDER** |
| RATNER COMPANIES, L.C. d/b/a HAIR CUTTERY, *et al.*, | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon (1) Defendant Phil Horvath's Motion to Dismiss (Doc. 40) and (2) Defendant Dennis Ratner's Motion to Dismiss (Doc. 41). For the reasons stated in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Horvath's Motion to Dismiss is **GRANTED** and Ratner's Motion to Dismiss is **GRANTED**.

Dated: 3/10/2021

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge