UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NICOLE OLSEN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>RATNER COMPANIES, L.C., et al.,<br><br>　　　　　　Defendants. | Civil No. 20-cv-03760-RBK-MJS |

**O R D E R   F O R   A D M I N I S T R A T I V E   T E R M I N A T I O N**

THIS MATTER having been brought before the Court by way of the Suggestion of Bankruptcy filed by Amber M. Spataro, Esq., counsel for defendant Ratner Companies, L.C. on April 29, 2020 [Doc. No. 10]; and it appearing to the Court that defendant Ratner Companies, L.C. is the Subject Debtor in a voluntary Chapter 11 Bankruptcy in the United States Bankruptcy Court for the District of Maryland, Case No. 20-14583 and 20-14584 (joint administration requested under Case No. 20-14583); and the Court further noting that the individual defendants in this case have been dismissed so the only remaining defendants in this case are defendant Ratner Companies L.C, and the various names under which they do business; and for good cause shown,

IT IS on this **10th** day of **August 2021** hereby

1

**ORDERED** that all proceedings against defendant Ratner Companies, L.C., and the named defendants under which they are doing business, shall be, and hereby are **STAYED**; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter until further order of this Court.

s/ Matthew J. Skahill  
MATTHEW J. SKAHILL  
United States Magistrate Judge

At: Camden, New Jersey